16 A.3d 501

Hayward MILLER, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 158 EM 2010.

Supreme Court of Pennsylvania.

March 31, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of March, 2011, the Application for Leave to file Original Process is **GRANTED,** and Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**